UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-21111-CIV-BECERRA

[CONSENT CASE]

| | |
|---|---|
| MARTIN OMAR GARCIA, <br> LORENZO AMADO SALINAS, <br> EUSEBLO CASANAS CORDOVA, <br> JATNIEL CASANAS CORENT, and all others similarly situated under 29 U.S.C. 216(B), <br><br> Plaintiffs, <br> vs. <br><br> ACOSTA TRACTORS INC., <br> FELIX F. ACOSTA, <br> FRANK P. ACOSTA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JACQUELINE BECERRA

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiffs will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JACQUELINE BECERRA, at the 8th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on January 25, 2019, at 10:30 a.m.

Plaintiffs are requesting entry of an Order compelling Defendants to better respond, and provide all responsive documents, where applicable, to Plaintiffs' Interrogatories and Request for Production, dated 12/7/18, within five (5) days from the Court's Order and entry of an Order awarding Plaintiffs' counsel's fees associated with the instant Motion and all related work. Specifically, Plaintiffs move to compel the following:

**Interrogatories:**

#1, 2, 3, 4, and 5.

**Request for Production**

#1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 22, 23, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, and 49.

## CERTIFICATE OF CONFERRAL

The undersigned conferred with Defense Counsel via email which was responded to by Defense counsel. In further conferral, on January 14, 2019, the Parties had a teleconference to review and discuss said email communications. The instant Notice reflects the discovery disputes that the Parties were unable to resolve.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
   Rivkah F. Jaff, Esquire
   Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 1/15/19 TO:**

**HOLLY LYNN GRIFFIN, ESQ.
GUNSTER, YOAKLEY , STEWART, P.A.
777 S. FLAGLER DR., SUITE 500 EAST
WEST PALM BEACH, FL 33401
PH: 561-650-0697
EMAIL: HGRIFFIN@GUNSTER.COM**

**BY:__/s/____Rivkah F. Jaff_____
       RIVKAH F. JAFF, ESQ.**