UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:12-cv-21111-BECERRA

[CONSENT CASE]

MARTIN OMAR GARCIA, *et. al.*,

    Plaintiffs,

v.

ACOSTA TRACTORS INC., *et. al.*,

    Defendants.

_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following a bench trial. The Court having issued its findings of fact and conclusions of law on the record on September 23, 2019, ECF No. [150], hereby **ORDERS AND ADJUDGES** as follows:

1. Final judgment is **ENTERED** in favor of Defendants Acosta Tractors, Inc., Felix F. Acosta, Frank P. Acosta, and Alex Ros. Plaintiffs Martin Omar Garcia, Lorenzo Amado Salinas, Jatniel Casanas Corent, Euseblo Casanas Cordova, and Julio Hernandez Hernandez shall take nothing from their claims.

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers at Miami, Florida on October 1, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge