UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CIV-21111-BECERRA

**[CONSENT CASE]**

**MARTIN OMAR GARCIA,** *et al.*

    Plaintiff,

vs.

**ACOSTA TRACTORS, INC.,** *et al.*,

    Defendants.

## JOINT STIPULATION FOR DISMISSAL

Plaintiffs, Martin Omar Garcia, Lorenzo Amado Salinas, Jatniel Casanas Corent, Eusebio Casanas Cordova, and Julio Hernandez Hernandez ("Plaintiffs") and Defendants, Acosta Tractors, Inc., Felix F. Acosta, Frank P. Acosta, and Alex Ros ("Defendants"), by and through their responsive counsel, notify the Court that this action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, with Plaintiffs to waive their right to an appeal and Defendants to waive their right to costs, with all parties responsible for their own attorneys' fees.

Dated this 17th day of October, 2019.

Respectfully Submitted.

| | |
|---|---|
| **Holly L. Griffin** | **/s/ Jamie H. Zidell** |
| Holly L. Griffin (Fla. Bar No. 93213) | Jamie H. Zidell, Esq. |
| hgriffin@gunster.com | zabogado@aol.com |
| Gunster, Yoakley & Stewart, P.A. | Natalie Staroschak, Esq. |
| 777 S. Flagler Drive, Suite 500 East | nstar.zidellpa@gmail.com |
| West Palm Beach, FL 33401 | J.H. Zidell, P.A. |
| Telephone: 561-655-1980 | 300 71st Street, Suite 605 |
| *Attorneys Defendants* | Miami Beach, FL 33141 |
| | *Attorney for Plaintiffs* |